Order entered October 31, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00377-CV

## IN THE INTEREST OF L.C.L, A MINOR CHILD

On Appeal from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-99-08123-R

## ORDER

The Court has before it appellant's October 26, 2012 request for expedited resetting of

oral argument. The Court **DENIES** the motion. The oral argument will be reset in due course.

MOLLY FRANCIS
JUSTICE